**No. 53511.**—The J. L. Hudson Co. v. United States, protest 968056–G (Detroit).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53512.**—Carson, Pirie, Scott & Company v. United States, protests 3599–K/ 88695, etc. (Chicago).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53513.**—Chong Sing Co. v. United States, protest 87076–K (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53514.**—Henry S. Beach et al. v. United States, protests 114377–K, etc. (El Paso and Los Angeles).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, AUGUST 23, 1949

**No. 53515.**—Wing Chong Lung Co. et al. v. United States, protests 971938–G, etc. (Los Angeles and San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53516.**—Mrs. E. P. Beck et al. v. United States, protests 138932–K, etc. (Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53517.**—Stratford Monument Works v. United States, protest 143301–K (Bridgeport).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53518.**—P. Becker & Company v. United States, protest 50136–K/89987 (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53519.**—Oxford University Press, N. Y., Inc. v. United States, protest 58770–K (Boston).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.